IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHELBY EARL SHANNON, | ) |
| Plaintiff, | ) |
| vs. | ) Case: 4:15-CV-01279 |
| CHURCH MUTUAL INSURANCE CO., | ) |
| Defendant. | ) |

## MOTION TO DISMISS

Come now counsel, Charles E. Kirksey, and for his motion request the above styled matter be dismissed.

Respectfully submitted,

/s/Charles E. Kirksey
CHARLES E. KIRKSEY, JR., #24792
ATTORNEY FOR PLAINTIFF
7382 Pershing Ave., 1 West
University City, MO 63130
(314) 863-5001  FAX (314) 863-5007
e-mail: charlesekirksey@cs.com

**CERTIFICATE OF SERVICE:** The undersigned certifies that on this 7th day of April, 2016, a true and accurate copy of the foregoing was electronically filed via the Court's E-filing system for service to all counsel of record.

By: /s/Charles E. Kirksey